# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

In re *Nagy, Janos*
    *aka   John Janos*
    *and*
    *Nagy, Mary*

Case No.
Chapter   *13*

_____ / Debtors

Attorney for Debtor: *Donald J. Schwartz*

## CHAPTER 13 PLAN

### 1. FUNDING OF PLAN
The debtor shall commit the following future earnings, property, or other income to the custody and control of the standing trustee to fund the chapter 13 plan:

Debtor's Net Monthly Income:

| | | |
|---|---|---|
| Husband & Wife's Monthly Take Home: | $ | *5,788.74* |
| Less Expenses: | $ | *4,712.12* |
| SURPLUS: | $ | *1,077.00* |

Plan Payment:
The debtor(s) to pay: $ *1,077.00 monthly*     for *60 Months*
    Total Payments:    $   *64,620.00*

### 2. DURATION

It is proposed that payments shall be made over a period of   *60*   months.

### 3. PAYMENTS TO THE TRUSTEE SHALL BE MADE FROM
[X]  Direct Payments from Debtor(s)
[  ]  Debtor's Employer

From the payments so received, the trustee shall make disbursements as follows:

### 4. ADMINISTRATIVE COSTS
Trustee's Compensation: *10.00 %*

Attorney's Fee

| | | |
|---|---|---|
| Prepaid Portion | $ | *1,000.00* |
| Pay Through Plan | $ | *2,700.00* |
| Total Attorney Fee | $ | *3,700.00* |

| | TOTAL | MONTHS | MONTHLY PAYMENT |
|---|---|---|---|
| Paid Through Plan | | | |
| Monthly Installments | $   *2,700.00* | Month   *1-12* | $      *225.00* |

## 5.  PAYMENTS TO PRIORITY CLAIMS

The debtor shall make full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507, as follows:

| CREDITOR | PRIORITY CLAIM | NUMBER OF MONTHS | AVERAGE MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|
| *Internal Revenue Service* | $    8,000.00 | 25 | $    320.00 | $    8,000.00 |
| *NYS Dept of Taxation & Finance* | $    4,000.00 | 25 | $    160.00 | $    4,000.00 |

## 6. PAYMENTS TO SECURED CLAIMS

Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as shown. Payments towards deficiencies on undersecured claims are listed with the Unsecured Claims. Payments towards arrearages on fully secured claims are listed under Arrearages.

| CREDITOR | AMOUNT CLAIMED | ANNUAL INTEREST | VALUE OF COLLATERAL | NUMBER OF MONTHS | AVERAGE MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| *Dell Financial Services* | $    1,271.00 | 0% | $    500.00 | 25 | $    20.00 | $    500.00 |

### Undersecured Creditors whose Claims are Reaffirmed

| CREDITOR | AMOUNT CLAIMED | ANNUAL INTEREST | VALUE OF COLLATERAL | NUMBER OF MONTHS | AVERAGE MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| *Retail Services - HSBC* | $    7,762.00 | 9% | $    8,635.00 | 25 | $    319.08 | $    7,977.03 |

## 7. ARREARAGES ON SECURED CLAIMS

| CREDITOR | ARREARAGE | INTEREST RATE | NUMBER OF MONTHS | AVERAGE MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|---|---|
| *Retail Services - HSBC* | $    560.00 | 0.00 % | 25 | $    22.40 | $    560.00 |

## 8. PROPERTIES TO BE SURRENDERED

The debtor shall surrender the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy such a creditor's claim, the creditor shall hold a nonpriority, unsecured claim.

*None*

## 9. LIEN AVOIDANCE

The following liens shall be avoided pursuant to 11 U.S.C. 522(f), or other applicable sections of the Bankruptcy Code:

*None*

## 10. PAYMENTS TO GENERAL UNSECURED CLAIMS

General unsecured claims shall be paid pro rata at *100.00* % of their claims, after all other claims are paid. Unsecured claims shall receive not less than the amount that would be paid on each claim if the estate were liquidated under Chapter 7.

## 10A. SPECIAL CLASSIFIED UNSECURED CLAIMS

SUBCLASS  1 - *Special Unsecured Claims - Flexible Payments*
Unsecured claims of this kind shall be paid in full.

| CREDITOR | EXPLANATION | | AMOUNT CLAIMED |
|---|---|---|---|
| *Sidney Federal Credit Union* | *Overdraft* | $ | *900.00* |

## 11. EXECUTORY CONTRACTS

The following executory contracts of the debtor are accepted:

*None*

The following executory contracts of the debtor are rejected:

*None*

12. DIRECT PAYMENTS

The debtor shall make regular payments directly to the following creditors:

| CREDITOR | MONTHS | MONTHLY PAYMENT | TOTAL PAYMENT |
|---|---|---|---|
| Beneficial | 1 - 60 | $ 1,345.12 | $ 80,707.20 |
| Sidney Federal Credit Union | 1 - 55 | $ 323.00 | $ 17,765.00 |
| Sidney Federal Credit Union | 1 - 45 | $ 398.00 | $ 17,910.00 |

13. OTHER PROVISIONS

14. REVESTMENT

Upon confirmation of the Plan, all property of the estate shall vest in the debtor pursuant to 11 U.S.C. 350 (or possibly 11 U.S.C. 1327(b)). The debtor shall remain in possession of all property of the estate during the pendency of this case unless specifically provided herein (11 U.S.C. 1306(b)). All secured creditors shall retain the liens securing their claims unless otherwise stated.

DATED:

/s/ Nagy, Janos
DEBTOR: Nagy, Janos
        581 Prentice Gorge Road
        Unadilla NY 13849

/s/ Nagy, Mary
DEBTOR: Nagy, Mary

NAME OF LAW FIRM: Schwartz Law Office

ATTORNEY: /s/ Donald J. Schwartz
        Donald J. Schwartz
        189 Main Street
        Oneonta NY 13820
        (607)432-0911